R. & S. STEAM & WET WASH LAUNDRY, INC., Appellant, v. CHARLES ZEIFMAN, Respondent.— Order affirmed, without costs, upon stipulation in open court that the parties will try the case at Special Term, Kings County, Part III, on Monday, December 11, 1933. The case is directed to be placed on that calendar on that date, subject to directions of the justice there presiding. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

GLADYS BUONO, as Administratrix, etc., of JERRY E. BUONO, Deceased, Substituted in Place and Stead of JERRY E. BUONO, Deceased, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GUIDO COPPERFRETTI, Respondent, v. DAZEN E. SHEPHARD, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

DAMPSKIBS AKTIESELSKABET ELDRID, a Corporation, Respondent, v. GUISIPPINA PARASCANDOLA, Individually and as Administratrix of the Estate of JOSEPH AUDITORE, Deceased, and as Guardian of PAULINE AUDITORE and Others, Infants, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE GENERAL TANNING CORPORATION, Appellant, v. CONSOLIDATED SEWING MACHINE & SUPPLY Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: Is the separate defense interposed in the defendant's answer sufficient in law to entitle the defendant to judgment on the pleadings under rule 112 of the Rules of Civil Practice? Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GEORGE G. HARRIS, Respondent, v. MAX LEEF and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHARLES HEEP, Respondent, v. FRANCES CABEL, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

LILLIE M. HENNESSEY, Respondent, v. KNIGHTS OF COLUMBUS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.